UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL L. MILLER,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | Case No. C11-5345-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 23.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall evaluate the opinions of the treating and nonexamining sources and explain the weight given; further evaluate the mental impairment(s); further evaluate the residual functional capacity; update the record; and if warranted, obtain vocational expert testimony.

A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of October, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge